Trial Cause No. CR-2011-195

COURT OF APPEALS No. 03-12-00462-CR

PDR NO. PD-0975-14

JOEL DAVID JAMES

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

V.

THE STATE OF TEXAS

IN THE COURT OF CRIMINAL

APPEALS OF TEXAS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO RECONSIDER MOTION FOR REHEARING AND RECONSIDERATION EN BANC FOR PETITION FOR DISCRETIONARY REVIEW

Now comes JOEL DAVID JAMES, Appellant Pro Se, in the above styled and numbered case and moves the Honorable Court of Criminal Appeals for an extension of time to reconsider the apparent untimely Motion for Rehearing and Reconsideration En Bank for Petition for Discretionary Review, and through this motion would show:

## I.

The Honorable Court received Appellant's Pro Se Motion for Rehearing and Reconsideration En Banc for Petition for Discretionary Review sometime after January 9, 2015. Appellant filed a motion for extension of time in which to file the motion for Rehearing on December 22, 2014. The Honorable Court granted motion for extension of time allowing a new deadline of January 9, 2015. Appellant received notification of the extension on the day of the deadline, again on January 9, 2015. Appellant promptly posted the Motion for Rehearing in the Unit's Indigent Mail system the same day and was mailed the next business day, January 12, 2015. This can be verified by the Texas Department of Criminal Justice I.D. Unit Allen B. Polunsky in Livingston, Texas at (936) 967-8082. (See Unit Mail Room supervisor and, or Law Library/Indigent Mail Department.

(1)

## II.

"The motion for Rehearing in question is extraordinarily important to the Appellants case and in no way frivolous. The Appellant would never seek to waste the Court's valuble time. The Unit's archaic mail system is the reason deadlines are not met. It appears to the Appellant that inbound mail is unjustly held up from delivery to offenders. When Appellant has posted communications to the Court in the past, the Court has responded that documents were received within 2-3 business days. When mail comes -from- the Court, the delivery time triples at best. For example: The Court(sent) Appellant's notice of Extension of Time for Motion for Rehearing, that had been-granted-on December 30, 2014. Appellant received this notification January 9, 2015, the same day as the deadline some 10 days later. The said Motion for Rehearing was promptly mailed by Appellant the same day - in the mailbox - which apparently became -untimely. The Court, again sent notification of the untimelyness of the motion on January 21, 2015 and Appellant received the document on January 30, 2015, again some 9 full days later.

## PRAYER

The Appellant would pray the Court grant his motion for extension of time retroactively to include the date of receipt of his Motion for Rehearing and Reconsideration En Banc for Petition for Discretionary Review, due to Appellants incarceration and the Unit's antiquated mail process. The Appellant would further pray the Honorable Court use the original copy of said above named motion for Rehearing which is already in the Appellants -file-, in the Courts possession.

Respectfully Submitted,

_Joel David James, Pro Se Appellant_

TDCJ-ID # 1798223

(2)

## Certificate of Service

I certify that a true and correct copy of the above styled and numbered Motion for Extension of Time to Reconsider Motion for Rehearing and Reconsideration En Banc for Petition for Discretionary Review, has been forwarded, by U.S. Mail, postage paid, first class, to the Attorney for the State, Comal County District Attorney, Jennifer Tharp, 150 North Seguin Avenue, Suite 307, New Braunfels, Texas, 78130 and the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas, 78711, on this 30th day of January, 2015.

JOEL DAVID JAMES #1798223

## Unsworn Declaration

I, JOEL DAVID JAMES, T.D.C.J-I.D. #1798223, being presently incarcerated in the Allen B. Polunsky I.D. Unit of the Texas Department of Criminal Justice, in Livingston, Polk County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 30th day of January, 2015.

Respectfully Submitted,

JOEL DAVID JAMES, PRO SE Petitioner

TDCJ-ID #1798223

Allen B. Polunsky-ID Unit

3872 FM 350 South

Livingston, Texas 77351-8582

(3)
(end)

Joel D. James #1798223
Allen B. Polunsky Unit
3872 FM 350 South
Livingston, Tx 77351-8582

NORTH HOUSTON TX 77X
03 FEB 2015 PM 11

(VF Special)
LEGAL

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. Box 12308 - Capitol Station

Austin, Texas 78711

78711230808